AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __ARKANSAS__

ALICE ANN GOFF (NOW SLONIKER)
and ADAM K. SLONIKER

**JUDGMENT IN A CIVIL CASE**

V.

CODY CARPENTER, BOBBY PAGE, KEITH
VANRAVENSWAY and SCOTT COUNTY,
ARKANSAS

Case Number: 06-2023

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANTS, CODY CARPENTER, BOBBY PAGE, KEITH VANRAVENSWAY, and SCOTT COUNTY, ARKANSAS AND AGAINST THE PLAINTIFFS, ALICE ANN GOFF (NOW SLONIKER) and ADAM K. SLONIKER.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 2 8 2006

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

| 11/28/2006 | CHRISTOPHER R. JOHNSON |
|---|---|
| Date | Clerk |
| | _(signature)_ |
| | (By) Deputy Clerk |